United States Bankruptcy Court
Central District of California

In re:                                                                 Case No. 13-31461-TD
Narine Avetisyan                                                       Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2         User: admin              Page 1 of 1              Date Rcvd: May 21, 2014
                             Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2014.
db          +Narine Avetisyan,    9813 Pali Avenue,    Tujunga, CA 91042-2938

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2014 at the address(es) listed below:
              Gilbert B Weisman, ll   on behalf of Creditor    Toyota Motor Credit Corporation
               notices@becket-lee.com
              Ramesh  Singh    on behalf of Interested Party    Recovery Management Systems Corporation
               claims@recoverycorp.com
              Rosendo  Gonzalez (TR)    rgonzalez@ecf.epiqsystems.com,  dgomez@gonzalezplc.com
              Tyson  Takeuchi    on behalf of Debtor Narine  Avetisyan tyson@tysonfirm.com,  albert@tysonfirm.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                               TOTAL: 5

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Tyson M. Takeuchi, SBN 177419<br>The Law Office of Tyson M. Takeuchi<br>1100 Wilshire Boulevard, Suite 2606<br>Los Angeles, California 90017<br>Tel 213.637.1566<br>Fax 888.977.6310<br>tyson@tysonfirm.com<br><br>☐ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without attorney* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAY 21 2014**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY penning    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Narine Avetisyan,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:13-bk-31461-TD<br>CHAPTER: 7<br><br>**ORDER ON MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**<br><br>[No hearing required] |

**Creditor Name**: *Citibank, N.A.*
                    *(Insert name of creditor holding lien to be avoided)*

Pursuant to 11 U.S.C. § 522(f) and LBR 9013-1(o), Debtor(s) moved to avoid a judicial lien on real property claimed to be exempt. THE COURT FINDS AND ORDERS AS FOLLOWS:

1. Notice of this motion complied with LBR 9013-1(o).

2. **Hearing Information:**
    a. ☒ No hearing is required: Debtor(s) has filed a declaration (F 9013-1.9) stating that no opposition was timely received.
    b. ☐ A timely objection was received and a hearing was held as follows:
        (1) Date:_____ (2) Time:_____ (3) Courtroom: _____ (4) Judge: _____
        (5) The matter was    ☐ Contested    ☐ Uncontested    ☐ Settled by Stipulation    ☐ Not Prosecuted
        (6) ☐ Debtor(s) present in court (*Name*): _____
        (7) ☐ Attorney for Debtor(s) present in court (*Name*): _____
        (8) ☐ Attorney for Lienholder present in court (*Name*): _____
        (9) ☐ Other parties present as reflected in the court record

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*February 2013*                                        Page 1                                        **F 4003-2.1.ORDER.RP**

3. The real property to which this Order applies is as follows:
   a. Street Address (*specify*): 9813 Pali Avenue, Tujunga, California 91042

   b. Legal Description (*specify*): Tract No 18139 Lot 5 (Los Angeles County, APN ☐ See Attached Page
      2571-014-017)

4. Recording information regarding lien to be avoided:
   a. Date of recordation of lien (*specify*): 6/5/2012
   b. Recorder's instrument number or map/book/page number (*specify*): 20120833802

5. ☐ Motion granted:
   a. ☐ The judicial lien sought to be avoided impairs an exemption to which Debtor(s) would otherwise be entitled
      under 11 U.S.C. § 522(d)
   b. ☐ The judicial lien is hereby declared void and unenforceable:
      (1) ☐ In its entirety
      (2) ☐ In the following amount *only*: $ _____.   The balance of $ _____ remains a valid and
           enforceable lien against the property.

6. ☒ Motion denied on the following grounds:         ☐ With prejudice         ☒ Without prejudice
   a. ☐ Insufficient notice
   b. ☐ Insufficient evidence of the exempt status of the property in question
   c. ☒ Other (*specify*): 1. Evidence of the fair market value (FMV) is inconsistent. Paragraph 10 of the motion and
      Debtor's declaration show the FMV is $345,000. Schedule C shows the FMV is $414,000.

      2. Debtor used an outdated court form for the order.

7. ☐ The court further orders as follows (specify):                                         ☐ See Attached Page

###

Date: May 21, 2014

*Thomas B. Donovan*
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*February 2013*                                    Page 2                                    F 4003-2.1.ORDER.RP